IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | File No. 2:07-cr-115 |
| vs. ) | |
| ) | ORDER REGARDING RELEASE |
| Milton Green, Jr. ) | |

Milton Green has outstanding warrants from Ramsey County and from Spirit Lake Tribal Court. At the detention hearing, there was evidence proffered that those jurisdictions might be willing to withdraw the warrants conditioned on Mr. Green making appearances to be scheduled in the near future. Alternatively, one of those jurisdictions might wish to take Mr. Green into custody pursuant to the warrants.

Pending determination of the status of pending warrants, Mr. Green will be held in custody. However, if requested by one of those jurisdictions, he may be released to the custody of that jurisdiction pursuant to the warrant. If both jurisdictions withdraw the warrants, he may be released pursuant to conditions to be recommended by the pretrial services officer after she completes her investigation.

Dated this 21st day of December, 2007.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge