```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NORTH DAKOTA
                 NORTHEASTERN DIVISION


UNITED STATES OF AMERICA           )      PROTECTIVE ORDER
                                   )
        V.                         )
                                   )
MILTON GREEN, JR.                  )      CASE NO. 2:07-cr-115
```

Pursuant to agreement of the parties, this Court orders that documents and other materials produced by the government during the discovery process not be given to Defendant. Defendant's counsel, or staff of Defendant's counsel, may review those documents and other materials with Defendant, but may not give him possession of them, or of any copies of them.

Dated this 28th day of January, 2008.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge